

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00911-CR

Terry Larance **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10320
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED AS MODIFIED. We order the trial court's judgment modified to delete the imposition of attorney's fees.

SIGNED February 4, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice